# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV6197                                               Purchased/Filed: July 3, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*        Plaintiff

against

*Fine & Excellent All Window Treatment Installation Inc. a/k/a Fine & Excellent All Window*        Defendant
*Treatment Instillations, Inc.*

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ Lewis Sperber _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 10, 2007 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Fine & Excellent All Window Treatment Instillations Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Charee Hendricks _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __43__     Approx. Wt: __175__     Approx. Ht: __5'10"__

Color of skin: __Black__     Hair color: __Black__     Sex: __F__     Other: _____

Sworn to before me on this

__13th__ day of _____ July, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0705901

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**