UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 6197 (BSJ)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

                                Plaintiffs,
            -against-

FINE & EXCELLENT ALL WINDOW TREATMENT
INSTALLATION INC., A/K/A FINE & EXCELLENT ALL
WINDOW TREATMENT INSTILLATIONS INC.,

                                Defendant.
------------------------------------------------------------------X
C O U N S E L:

  PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on

August 22, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and

proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court

before the Honorable Barbara S. Jones, United States District Court Judge at the United States

Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 18-B, New York,

New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for

default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       August 22, 2007

                                    Yours, etc.,

                                    O'DWYER & BERNSTIEN, LLP

                              By:   _____
                                    ANDREW GRABOIS, ESQ.
                                    Attorney for Plaintiffs
                                    52 Duane Street, 5th Floor
                                    New York, New York 10007
                                    (212) 571-7100

TO:  Fine & Excellent All Window Treatment Installation Inc.,
     a/k/a Fine & Excellent All Window Treatment Instillations Inc.
     14 Canterbury Drive
     Middletown, NY 10940