UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 6197 (BSJ)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **CLERKS**
RETRAINING, EDUCATIONAL AND INDUSTRY            **CERTIFICATE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,
                              Plaintiffs,

-against-

FINE & EXCELLENT ALL WINDOW TREATMENT
INSTALLATION INC., A/K/A FINE & EXCELLENT ALL
WINDOW TREATMENT INSTILLATIONS INC.,
                              Defendant.
-----------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 3, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Fine & Excellent All Window Treatment Installation Inc., a/k/a Fine & Excellent All Window Treatment Instillations Inc. on July 10, 2007, by delivering two (2) true copies thereof to Charee Hendricks, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on July 17, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated:   Aug 22, 2007
         New York, New York

**J. MICHAEL MCMAHON**
Clerk of the Court

By:_____
Deputy Clerk