UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

07 CV 6197 (BSJ)
ECF CASE

**AFFIDAVIT OF**
**SERVICES**

Plaintiffs,

-against-

FINE & EXCELLENT ALL WINDOW TREATMENT
INSTALLATION INC., A/K/A FINE & EXCELLENT ALL
WINDOW TREATMENT INSTILLATIONS INC.,

Defendant.
------------------------------------------------------------------------X

STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK       )

ANDREW GRABOIS, being duly sworn, deposes and says:

1.  I am a member of the Bar of this Court and am associated with the firm of O'Dwyer &
Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant
application for default judgment and order.

2.  On July 2, 2007, Zach Harkin, a legal intern in this office, drafted a complaint, cover sheet
and other required documents and prepared them for filing with the Clerk of the Court.  He spent 0.5
hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

3. On July 2, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On July 3, 2007, Mr. Harkin prepared and filed the aforementioned documents with the Clerk of the Court. He spent 1.0 hours at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

5. On July 3, 2007, Ian Henderson, a paralegal in this office, prepared and filed the aforementioned documents on the Electronic Case Filing System. He spent 0.5 hours at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On July 5, 2007, Mr. Henderson prepared and mailed the aforementioned documents for service of process. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On July 17, 2007, Mr. Henderson prepared and filed the affidavit of service on the ECF system and with the Clerk of the Court. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

8. On August 22, 2007 and August 23, 2007, Mr. Henderson drafted and prepared the default documents including a default judgment and affidavit of services rendered. He spent 4.0 hours on this matter at a billing rate of $115.00 per hour for a total of $460.00 in attorneys' fees.

9. On August 22, 2007, your deponent reviewed, revised, and finalized the aforementioned default documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $60.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,125.00 and costs arising out of this action in the amount of $60.00 for a total of $1,185.00.

ANDREW GRABOIS (AG 3192)

Sworn to before me this
22nd day of August, 2007

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20⁰⁸

3