
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
THE NEW YORK DISTRICT COUNCIL       :
OF CARPENTERS PENSION FUND ET AL.,  :
                                    :
                 Plaintiffs,        :    07 CV 6197 (BSJ)
                                    :
         -v-                        :    **ORDER**
                                    :
FINE & EXCELLENT WINDOW TREATMENT   :
INSTALLATION INC., A/K/A FINE &     :
EXCELLENT ALL WINDOW TREATMENT      :
INSTALLATIONS INC.,                 :
                                    :
                 Defendant.         :
                                    :
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

This Action was commenced on July 3, 2007, by filing a Summons and Complaint. A copy of the Summons and Complaint was served upon Defendant by delivering two (2) true copies of the same to the Secretary of the State of New York on July 10, 2007, pursuant to section 306(b) of the New York Business Corporation Law. A proof of service was filed on July 17, 2007. Defendant did not answer the Complaint and the time for answer has expired.

Accordingly, it is hereby ordered and adjudged that Plaintiffs shall have judgment against the Defendant, with the amount of damages, costs, and attorneys' fees to be determined by inquest. The matter is hereby referred to Magistrate Judge Fox for an inquest as to damages.



SO ORDERED:

Dated:    New York, New York
          September 6, 2007

                                    _____
                                    BARBARA S. JONES
                                    United States District Judge