UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY          07 CV 6197 (BSJ)(KNF)
FUND, NEW YORK CITY DISTRICT COUNCIL OF          ECF CASE
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY             **SUPPLEMENTAL**
FUND, NEW YORK CITY DISTRICT COUNCIL OF          **AFFIDAVIT OF**
CARPENTERS CHARITY FUND, and THE NEW             **SERVICES**
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

           Plaintiffs,

       -against-

FINE & EXCELLENT ALL WINDOW TREATMENT
INSTALLATION INC., A/K/A FINE & EXCELLENT
ALL WINDOW TREATMENT INSTILLATIONS INC.,

           Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK   )
           :SS.:
COUNTY OF NEW YORK  )

  ANDREW GRABOIS, being duly sworn, deposes and says:

  1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this supplemental affidavit of services.

  2. On October 24, 2007, your deponent drafted the Proposed Findings of Fact and Conclusions of Law. I spent 1.5 hour on this matter at a billing rate of $320.00 per hour for a total of $480.00 in attorneys' fees.

3. On October 24, 2007, Ian Henderson, a paralegal in this office, prepared and filed the aforementioned documents. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $595.00.

ANDREW GRABOIS (AG 3192)

Sworn to before me this
24th day of October, 2007

NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011