STATE OF NEW YORK     )
                                          :SS.:
COUNTY OF NEW YORK  )

      IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 24th day of October, 2007, I served plaintiffs' **FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO THE INQUEST ON DAMAGES** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Fine & Excellent All Window Treatment Installations Inc.
       14 Canterbury Drive
       Middletown, NY 10940

                                             IAN K. HENDERSON

Sworn to before me this
24th day of October, 2007

_____
NOTARY PUBLIC

      NICHOLAS HANLON
 Notary Public, State of New York
       No. 02HA6167368
 Qualified in Westchester County
 Commission Expires May 29, 2011