STATE OF NEW YORK   )
                   :SS.:
COUNTY OF NEW YORK )

RICH GAGE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 23rd day of June, 2008, I served the Honorable Kevin Nathaniel Fox's **REPORT AND RECOMMENDATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Fine & Excellent All Window Treatment Installations Inc.
      14 Canterbury Drive
      Middletown, NY 10940

_____
RICH GAGE

Sworn to before me this
23rd day of June, 2008

_____
NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__