## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, *et al.*,

      Plaintiffs,

          - against -

FINE & EXCELLENT ALL WINDOW
TREATMENT INSTALLATION, INC., a/k/a
FINE & EXCELLENT ALL WINDOW
TREATMENT INSTILLATIONS, INC.,

      Defendant.

Civil Action No.: 07-cv-6197 (BSJ)(KNF)

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

**TO:**   **THE CLERK OF THIS COURT and**

      **ANDREW RICHARD GRABOIS, ESQ.**
      O'Dwyer and Bernstein, L.L.P.
      52 Duane Street
      New York, New York 10007
      Attorneys for Plaintiff

**SIRS:**

      **PLEASE TAKE NOTICE** that the law firm of Tobia & Sorger Esqs., LLC hereby enters

an appearance as Counsel for Defendant Fine & Excellent All Window Treatment Installation, Inc.,

a/k/a Fine & Excellent All Window Treatment Instillations, Inc. in the above-captioned matter.

The undersigned attorney is counsel of record for the Defendant in this matter and all papers served on

the Defendant should be directed to his attention.

                    TOBIA & SORGER ESQS., LLC
                    500 Supor Boulevard
                    Harrison, NJ 07029
                    973-746-6000
                    Counsel for Defendant

            BY:        */s/ Ronald L. Tobia, Esq.*
                      RONALD L. TOBIA, ESQ. (RT-9775)

**DATED:**     July 2, 2008

## PROOF OF SERVICE

I hereby certify that on July 22, 2008, a copy of a Notice of Appearance was filed electronically on behalf of Defendant Fine & Excellent All Window Treatment Installation, Inc., a/k/a Fine & Excellent All Window Treatment Instillations, Inc.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

**ANDREW RICHARD GRABOIS, ESQ.**
O'Dwyer and Bernstein, L.L.P.
52 Duane Street
New York, New York 10007
Attorneys for Plaintiff
Email: agrabois@odblaw.com

Parties may access this filing through the Court's electronic filing system

TOBIA & SORGER ESQS., LLC

BY:_____*/s/ Ronald L. Tobia, Esq.*_____
        RONALD L. TOBIA, ESQ. (RT-9775)
        Attorneys for Defendant Fine & Excellent All Window Treatment
        Installation, Inc., a/k/a Fine & Excellent All Window Treatment
        Instillations, Inc.
        500 Supor Boulevard
        Harrison, New Jersey 07029
        973-746-6000

DATED:        July 22, 2008

@PFDesktop\::ODMA/WORLDOX/Z:/DOCS/009226/01/A0097490.WPD