| BRIAN O'DWYER | **O'DWYER & BERNSTIEN, LLP** | PAUL O'DWYER (1907-1998) |
|---|---|---|
| GARY SILVERMAN | ATTORNEYS AT LAW | OSCAR BERNSTIEN (1885-1974) |
| CHRISTOPHER DOWNES* | PAUL O'DWYER WAY | FRANK DURKAN (1930-2006) |
| VICTOR GRECO | 52 DUANE STREET | |
| CODY K. McCONE | NEW YORK, N.Y. 10007 | OF COUNSEL: |
| GARY P. ROTHMAN* | (212) 571-7100 | THOMAS J. HUGHES, JR. |
| MARIANNA O'DWYER | (516) 248-4224 | ANNE M. PAXTON |
| STEVEN ARIPOTCH | FAX (212) 571-7124 | MICHAEL CARROLL |
| J. P. DELANEY | | CRAIG R. NUSSBAUM ** |
| RAÚL GARCÍA | | * ALSO ADMITTED IN NJ |
| ROBERT DUNNE | | ** ALSO ADMITTED IN CT |
| JASON S. FUIMAN^ | | ^ ALSO ADMITTED IN PA & NJ |
| M. GLADYS T. ORANGA | | *J.D. NOT ADMITTED |
| ANDREW R. GRABOIS | | |
| NICHOLAS S. HANLON | | WRITER'S DIRECT DIAL |
| HELEN WROBEL | | |
| JOY K. MELE* | | |
| DAVID P. OFENLOCH* | | |

August 29, 2008

**VIA FACSIMILE** (212) 805-6191

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

Re: The New York District Council of Carpenters Pension Fund, et al. v. Fine & Excellent Window Treatment Installation, Inc. a/k/a Fine & Excellent All Window Treatment Instillations Inc.
07 CV 6197 (BSJ)

Dear Judge Jones:

This letter is written pursuant to the Court's Order dated August 21, 2008.

While Plaintiffs disagree with the legal position advanced by Defendant and the underlying facts upon which that position is based, the parties have agreed that this matter be resolved on the merits rather than by default judgment. In an attempt to resolve this matter the parties have agreed to arbitrate this matter before Arbitrator Roger E. Maher on October 24, 2008 at 10:00 AM.

As such, Plaintiffs request that this matter be adjourned for 60 days. We appreciate the Court's assistance in this matter.

*This action is stayed for 60 days from the date of this order. The parties are ordered to advise the Court of the status of this case no later than Nov. 3, 2008.*

Very truly yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

AG/rg
cc: By Facsimile
Ronald Tobia, Esq. (973) 509-1578

So ordered:
Barbara S. Jones
USDJ
9/2/08